UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-18129 |
| VICTORIA A. SAVINO | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING COUNSEL FOR DEBTOR'S MOTION TO WITHDRAW**

THIS CAUSE coming to be heard on counsel for Debtor Arthur C. Czaja's Motion to Withdraw as counsel for the Debtor, due notice having been given and the Court being fully advised in the premises, it is hereby ordered that:

1. Counsel's motion to withdraw is granted.  Arthur C. Czaja is granted leave to withdraw as the attorney for the Debtor.

Enter:

Dated: JUN 2 0 2014

United States Bankruptcy Judge

**Prepared by:**
Arthur C. Czaja
Law Offices of Arthur C. Czaja & Associates
7521 N. Milwaukee Avenue
Niles, IL 60714
ARDC #6291494
Telephone: (847) 647-2016
Facsimile: (847) 647-2057

Rev: 20130103_bko